IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MURUGA, LLC, a New Mexico
limited liability company, and
SENTHIL RAMASAMY, M.D.,

      Plaintiffs,

v.                                            CV 16-340 WPL/KK

THE CITY OF RIO RANCHO ex rel.
MAYOR GREGGORY D. HULL,
in his official and individual capacity,

      Defendants.

## ORDER RESETTING DISCOVERY AND PRETRIAL DEADLINES

The Plaintiffs filed an unopposed motion to extend pretrial deadlines and vacate the trial date. The motion is granted as to the pretrial deadlines and held in abeyance as to the trial date. Deadlines not addressed herein remain the same.

All discovery will be complete by **March 31, 2017**. Discovery motions are due no later than **April 7, 2017**. Pretrial motions, other than discovery motions, shall be filed with the Court and served on opposing parties by **April 14, 2017**.

The deadlines to submit a consolidated final pretrial order are vacated.

IT IS SO ORDERED.

                                            William P. Lynch
                                            United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.