# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| Muruga, LLC and Senthil Ramasamy, M.D. <br> *Plaintiff* <br> v. <br> City of Rio Rancho and Greggory D. Hull <br> *Defendant* | ) ) ) ) ) ) | Civil Action No. 1:16-cv-00340 WPL/KK |

## NOTICE, CONSENT AND REFERENCE OF A CIVIL ACTION TO MAGISTRATE JUDGE KIRTAN KHALSA

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
|---|---|---|
| City of Rio Rancho, Defendant | /s/ Robert W. Becker | May 12, 2017 |
| Greggory D. Hull, Defendant | /s/ Robert W. Becker | May 12, 2017 |
| Muruga, LLC, Plaintiff | /s/ Clayton E. Crowley | May 12, 2017 |
| Senthil Ramasamy, M.D., Plaintiff | /s/ Clayton E. Crowley | May 12, 2017 |

## Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: May 12, 2017

*MAGISTRATE Judge's signature* BY CONSENT

William P. Lynch, USMJ
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.



May 18, 2017

United States District Court
Attention: Clerk's Office
Pete V. Domenici U.S. Courthouse
333 Lomas Blvd., NW
Albuquerque, NM 87102

Re: <u>Muruga, LLC and Senthil Ramasamy, M.D. v. City of Rio Rancho and Mayor Greggory D. Hull</u>
USDC Cause No. 1:16-CV-00340 WPL/KK
Our File No.: 7216.090

To Whom It May Concern:

Enclosed for your handling please find the original Notice, Consent and Reference of a Civil Action to Magistrate Judge Kirtan Khalsa concerning the above-referenced matter.

Please contact our office if you have any questions.

Very truly yours,

Pamela N. Garcia
Legal Assistant to Robert W. Becker

/png

Enclosure as Stated

cc: Clayton E. Crowley, Esq. (w/encl.)

4908 ALAMEDA BLVD. NE ▲ ALBUQUERQUE, NM 87113-1736 ▲ P 505-266-3995 ▲ F 505-268-6694 ▲ INFO@YLAWFIRM.COM